IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570

MDL No. 2570

This Document Relates to:

Irving, John F. and Pamela Case No. 1:16-cv-03468
Baker, Jada Case No. 1:17-cv-02435
Walker, Teresa Case No. 1:18-cv-00516

> ACKNOWLEDGED. Cases are dismissed with prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 10/07/2024

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: September 9, 2024

| | |
|---|---|
| /s/ Sean T. Keith | /s/ Kip S.M. McDonald |
| Sean T. Keith | Kip S.M. McDonald |
| Keith Law Group, PLLC | Faegre Drinker Biddle & Reath LLP |
| Regions Bank Building | 300 North Meridian Street, Suite |
| 5050 W. Northgate Road, Suite 108 | Indianapolis, Indiana 46204 |
| Rogers, AR 72758 | Telephone: (317) 237-0300 |
| Telephone: (479) 335-1355 | Facsimile: (317) 237-1000 |
| Facsimile: (479) 244-2889 | Email: kip.mcdonald@faegredrinker.com |
| Email: sean@keithlawgroup.com | |
| *Attorney for Plaintiff* | *Attorney for Defendants* |